1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11  TIMOTHY PINCKNEY, JR.,                )NO. CV 10-03348 VAP (SS)
                                          )
12              Petitioner,               )
                                          )
13         v.                             )          **JUDGMENT**
                                          )
14  MAURICE JUNIOUS, Warden,              )
                                          )
15              Respondent.               )
    _____)

16

17

18      Pursuant to the Court's Order Accepting and Modifying Findings,

19  Conclusions and Recommendations of United States Magistrate Judge,

20

21      IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22  with prejudice.

23

24  DATED:   October 5, 2011

25                                    _____
                                      VIRGINIA A. PHILLIPS
26                                    UNITED STATES DISTRICT JUDGE

27

28